**SEALED**

| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>    United States Attorney<br>2  KEVIN C. KHASIGIAN<br>    Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>    Sacramento, CA 95814<br>4  Telephone: (916)554-2700<br><br>5  Attorneys for the United States | **FILED**<br><br>JAN 0 3 2013<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>         DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:13-SW-0002 AC

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 3445818432, HELD IN THE NAME OF ARIS C. TOLEDO, IN AN AMOUNT UP TO AND INCLUDING $207,500, and<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 9553734865, HELD IN THE NAME OF TRIPLE A'S SPORTING GOODS, IN AN AMOUNT UP TO AND INCLUDING $237,600,<br><br>DEFENDANTS. | ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit underlying the seizure warrants in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by

///

///

///

1                                                            Order Re: Request to Seal Documents

1  this Court, with the exception that a copy of the seizure warrants will be left at the
2  scene of the seizures.
3  Date: 1/3/13

_____
ALLISON CLAIRE
United States Magistrate Judge